**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

**LENA BERISHAJ,**
**PREKA (FRANK) BERISHAJ**

                **Plaintiff(s),**        **CASE NUMBER: 05-71267**
                                                **HONORABLE VICTORIA A. ROBERTS**

**v.**

**CITY OF WARREN, et al.,**

                **Defendant(s).**
_____/

**ORDER DISMISSING COMPLAINT**

The Court held a telephone conference on April 29, 2005 with Plaintiffs' counsel,

David A. Robinson and Theophilus F. Clemons, and Defendants' counsel, John J.

Gillooly.   Plaintiffs have another matter pending before the Court, *Berishaj, et al. v City*

*of Warren, et al.,* 04-70998, which arises from the same incident.  Therefore, the Court,

**DISMISSES** this Complaint, and Plaintiffs will file a Fourth Amended Complaint in

*Berishaj, et al. v City of Warren, et al.,* 04-70998, incorporating the allegations and

parties in this matter.

        **IT IS SO ORDERED.**

                                      **S/Victoria A. Roberts**_____
                                      **Victoria A. Roberts**
                                      **United States District Judge**

**Dated:  May 3, 2005**

| |
|---|
| **The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 3, 2005.**<br><br>**s/Carol A. Pinegar**<br>**Deputy Clerk** |